AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

SEALED

| United States of America | ) |
|---|---|
| v. | ) |
| Carlos Bencomo-Trevizo, | ) Case No. CR-13-1165-PHX-GMS |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   CARLOS BENCOMO-TREVIZO

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:1542 - False Statement in Application for Passport

18:1028A(a)(1), (b)(2) and (c)(7) - Aggravated Identity Theft

Date: 08/21/2013

M. Pruneau (for)
*Issuing officer's signature*

City and state: Phoenix, Arizona

BRIAN D. KARTH, DCE/ CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 9/16/13, and the person was arrested on (date) 9/17/13
at (city and state) Springfield, Colorado.

Date: 9/18/13

*Arresting officer's signature*

ROBERT HOLLAND SPECIAL AGENT
*Printed name and title*

# CASE SUMMARY  **SEALED**

| | |
|---|---|
| Indictment | USAO No.: 2011R21352  PHX |
| | County: Maricopa |
| | District Court Number: CR-13-1165-PHX-GMS (BSB) |
| Felony | Magistrate Judge Case No.: |
| | Magistrate Burns Conflict: ☐ Yes  ☒ No |
| | Magistrate Logan Conflict: ☐ Yes  ☒ No |
| | Estimated Trial Time: 2-3 days |

| | | |
|---|---|---|
| USA vs. | Bencomo-Trevizo, Carlos<br>a/k/a: Carlos Treviso; Carlos Bencomo; Carlos Bencomo-Treviso; Andrew Luis Ortiz; Andrew L. Ortiz; Domingo Nieves Vasquez; Domingo Nievez-Vasquez; Domingo Nieves; Mauricio Torrez; & Mauricio Torrez | D1 |
| | (Last, First, Middle) | Defendant No. |
| DOB: | ▇▇ 1966 | ☐ Juvenile |
| Location/Address (if in custody include attorney's address) | 5747 W. Missouri Ave., Glendale, AZ 85301 | |

| ISSUE NOTICE TO APPEAR | ISSUE SUMMONS | ISSUE WARRANT |
|---|---|---|
| | | Issue Warrant – State Dept to Execute |

| | | | |
|---|---|---|---|
| District Judge: | GMS | **SPEEDY TRIAL ACT TIME REQUIREMENTS** | |
| Magistrate Judge: | | Date of Indict/Info: | 8/20/2013 |
| Asst. U.S. Attorney: | Dominique J. Park | Arraignment set for: | |
| Defendant's Atty: | TBA | Must be tried by: | |
| Agent: | SA Clint Funk | **BY ORDER OF THE COURT** | |
| Agency: | US Dept of State | Trial Date set: | |
| Agent Phone: | (602) 364-7853 | | |
| Agent Fax: | Funkcr@State.gov | | |

| USC SECTION | OFFENSE | COUNT | PENALTY |
|---|---|---|---|
| 18:1542 | False Statement in Application for Passport | 1 & 3 | 10 years / $250,000 / 3 years SR |
| 18: 1028A(a)(1), (b)(2) & (c)(7) | Aggravated Identity Theft | 2 | 2 years mandatory minimum |

DISTRIBUTION:  ⊃Court File   ⊃U.S. Attorney   ⊃Defense Attorney   ⊃Court Clerk

```
                    FILED ___ LODGED
                 ___ RECEIVED ___ COPY

                      AUG 20 2013

                 CLERK US DISTRICT COURT
                   DISTRICT OF ARIZONA
                 BY____              DEPUTY

                        SEALED
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Carlos Bencomo-Trevizo,
a.k.a. Carlos Treviso,
a.k.a. Carlos Bencomo,
a.k.a. Carlos Bencomo-Treviso,
a.k.a. Andrew Luis Ortiz,
a.k.a. Andrew L. Ortiz,
a.k.a. Domingo Nieves Vasquez,
a.k.a. Domingo Nievez-Vasquez,
a.k.a. Domingo Nieves,
a.k.a. Mauricio Torres,
a.k.a. Mauricio Torrez,

    Defendant.

CR-13-1165-PHX-GMS (BSB)

**INDICTMENT**

VIO: 18 U.S.C. § 1542
(False Statement in Application for Passport)
(Count 1)

18 U.S.C. §§ 1028A(a)(1), (b)(2) and (c)(7) (Aggravated Identity Theft)
(Count 2)

18 U.S.C. § 1542
(False Statement in Application for Passport)
(Count 3)

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 21, 2008, in the District of Arizona, CARLOS BENCOMO-TREVIZO, willfully and knowingly made a false statement in an application for a United States Passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passport and the rules prescribed pursuant to such laws.

In violation of Title 18, United States Code, Section 1542.

