IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

September 18, 2013

Clerk of the Court  
Sandra Day O'Connor United States Courthouse  
401 West Washington Street, Room 130  
Phoenix, AZ 85003

Re:   Colorado Case Number:   1:13-mj-01134-KMT  
      Receiving Court Case Number:   CR-13-1165-PHX-GMS (BSB)  
      Defendant: CARLOS BENCOMO-TREVIZO

To Whom it May Concern:

The above numbered case has been ordered transferred to your district pursuant to a Commitment Order by this court.  Carlos Bencomo-Trevizo appeared in our district, waived identity and detention hearing - reserving the right that these hearings be held in the charging district, and was committed to your district for further proceedings.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

No financial affidavit was filed for this defendant.

Please acknowledge receipt by returning a date stamped copy of this letter to this district in the enclosed envelope.

Very truly yours,  
Jeffrey P. Colwell, Clerk

By:   s/E. E. Miller  
      Deputy Clerk

enclosure